THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE W. STEWARD, Defendant-Appellant.

(No. 53589; )

First District—February 4, 1971.

Opinion by Mr. JUSTICE SCHWARTZ.

Gerald W. Getty, Public Defender, of Chicago, for the appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BURNIE W. REYNOLDS, Defendant-Appellant.

(No. 53597; )

First District—December 30, 1970.